IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>PHYLLIS BILLUPS, *et al.*, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO. 2:14-CV-888-MHT<br>(WO) |
| CARLOS CAREY, #245045, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>KIM THOMAS, *et al.*, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO. 2:14-CV-948-MHT<br>(WO) |
| CARLOS CAREY, #245045, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>FRANETTA RILEY, *et al.*, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO. 2:14-CV-955-MHT<br>(WO) |

# OPINION AND ORDER

This case is now before the court on the plaintiff's motion for a preliminary injunction. The motion contends that prison officials have been interfering with mail sent between the plaintiff and witnesses to this lawsuit. The United States Magistrate Judge

entered a recommendation denying the motion for failure to meet the legal standard applicable on a motion for preliminary injunction. No objections to the recommendation have been received. After an independent and de novo review of the entire record, it is ORDERED that:

(1) The recommendation of the magistrate judge (doc. no. 32) is adopted.

(2) The plaintiff's motion for preliminary injunction (doc. no. 28) is denied.

(3) This case is referred back to the magistrate judge for additional proceedings.

DONE, this the 19th day of February, 2015.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE